UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| MISSION CAPITAL WORKS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SC RESTAURANTS, INC., *et al.* <br><br> Defendants. | Case No. C 07-1807 <br><br> [proposed] <br> **ORDER FOR RENEWED JUDGMENT** |

Plaintiff Mission Capital Works, Inc. and the judgment assignee, Damon Maletta, respectfully moved the Court under F.R.C.P 69 and RCW 6.17.020(3) for renewal of the Judgment entered on March 9, 2009 (ECR #141). The judgment is summarized as follows:

| | | |
|---|---|---|
| 1 | Judgment Creditor | Damon Maletta |
| 2 | Counsel for Judgment Creditor | Michael Galletch <br> Puget Sound Business & Litigation <br> 411 University Street, Ste 1200 <br> Seattle, WA 98101-2519 <br> (206) 374-8500 |
| 3 | Judgment Debtors | SC Restaurants, Inc.; <br> Richard Sang; Richie Sang; <br> and Brookes Sang |
| 4 | Counsel for Judgment Debtors | (none) |
| 5 | Original Judgment Amount | $1,578.814.26 |

| | | | |
|---|---|---|---|
| 6 | Payment Received (Aug. 20, 2009) | | ($ 10,000.00) |
| 7 | Post Judgment Interest Through March 20, 2019 (28 U.S.C. 1961) | | $ 110,493.06 |
| 8 | Total Revised Judgment Balance | | $1,679,307.32 |

The Court having considered said Motion and supporting Amended Declaration of Richard Davis, as well as the pleadings on file, it it is now therefore:

ORDERED that the judgment against Defendants SC Restaurants, Inc., Richard Sang, Richie Sang, and Brookes Sang entered by this Court on March 9, 2009 (*ECR #141*) is renewed under RCW 6.17.020(3) for an additional ten (10) year period, in the amounts as set forth in the judgment summary above.

DATED this 25th day of March 2019.

_____
UNITED STATES DISTRICT COURT JUDGE

Presented By:

PUGET SOUND BUSINESS & LITIGATION

*/s/ Michael B. Galletch*

Michael B. Galletch, WSBA # 29612
Attorney for Plaintiff Mission Capital Works, Inc.
and Judgment Assignee Damon Maletta
411 University Street, Suite 1200
Seattle, WA 98101-2519
(206)898-8040
mike@psbizlit.com